No. 400. UTAH JUNK Co. *v.* BOWLES, PRICE ADMINISTRATOR. November 5, 1945. Petition for writ of certiorari to the United States Emergency Court of Appeals granted.

*Mr. Keith L. Seegmiller* for petitioner. *Acting Solicitor General Judson* for respondent.